Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

402 East State Street
Trenton, NJ 08608

---

Case No.:  17–26483–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Heather Schwarz
478 Woodpark Drive
Brick, NJ 08723

Social Security No.:
xxx–xx–2524

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on August 23, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 48 – 47
Order Granting Application for Extension of Loss Mitigation (Related Doc # 47). Loss Mitigation Period Extended to: 11/19/2018. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/23/2018. (slf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 23, 2018
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-26483-KCF
Heather Schwarz                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Aug 23, 2018
                             Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
lm            +Fax: 407-737-5634 Aug 24 2018 00:14:32     Ocwen Loan Servicing, LLC,
               Attn: Bankruptcy Department,   1661 Worthington Road,   Suite 100,
               West Palm Beach, FL 33409-6493
                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
        Albert  Russo   docs@russotrustee.com
        Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
        Aleisha Candace Jennings   on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
        ajennings@rasflaw.com
        Daniel E. Straffi   on behalf of Debtor Heather   Schwarz bktrustee@straffilaw.com,
        G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
        Denise E. Carlon   on behalf of Creditor    Toyota Motor Credit Corporation
        dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Kevin M. Buttery   on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
        bkyefile@rasflaw.com
        Miriam Rosenblatt   on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
        bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
        Rebecca Ann Solarz   on behalf of Creditor    Toyota Motor Credit Corporation
        rsolarz@kmllawgroup.com
        Sindi  Mncina   on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
        Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2
        smncina@rascrane.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 10