Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17−26483−KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Heather Schwarz
  478 Woodpark Drive
  Brick, NJ 08723

Social Security No.:
  xxx−xx−2524

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on January 18, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 63 − 60
Order Granting Application for Extension of Loss Mitigation (Related Doc # 60). Loss Mitigation Period Extended to: 4/11/2019. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/18/2019. (slf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 18, 2019
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-26483-KCF
Heather Schwarz                                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                     Page 1 of 1                  Date Rcvd: Jan 18, 2019
                              Form ID: orderntc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
lm         +Fax: 407-737-5634 Jan 19 2019 00:19:46     Ocwen Loan Servicing, LLC,
            Attn: Bankruptcy Department,   1661 Worthington Road,   Suite 100,
            West Palm Beach, FL 33409-6493
                                                                                                   TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2019 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
           ajennings@rasflaw.com
          Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company, as
           Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2
           ajennings@rasflaw.com
          Daniel E. Straffi    on behalf of Debtor Heather   Schwarz bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
           bkyefile@rasflaw.com
          Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2
           bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2
           bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
          Miriam Rosenblatt    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
           bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Sindi  Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com
          Sindi  Mncina    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2
           smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 14