UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Straffi & Straffi, LLC
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
bkclient@straffilaw.com
Attorney for Debtor(s)

In Re:

Schwarz, Heather

Order Filed on January 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-26483

Chapter: 13

Judge: KCF

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 18, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___October 4, 2017___ :

Property:    478 Woodpark Drive, Brick NJ 08723

Creditor:    Ocwen Loan Servicing, LLC

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by ___Daniel E. Straffi, Jr., Esq.___, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____April 11, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Heather Schwarz  
    Debtor

Case No. 17-26483-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 18, 2019  
Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2019.  
db    +Heather Schwarz,   478 Woodpark Drive,   Brick, NJ 08723-5618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2019 at the address(es) listed below:

    Albert Russo   docs@russotrustee.com  
    Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com  
    Aleisha Candace Jennings   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY ajennings@rasflaw.com  
    Aleisha Candace Jennings   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2 ajennings@rasflaw.com  
    Daniel E. Straffi   on behalf of Debtor Heather Schwarz bktrustee@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
    Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Kevin M. Buttery   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY bkyefile@rasflaw.com  
    Kevin M. Buttery   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2 bkyefile@rasflaw.com  
    Laura M. Egerman   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
    Miriam Rosenblatt   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
    Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
    Sindi Mncina   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com  
    Sindi Mncina   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2 smncina@rascrane.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14