Order Filed on February 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>Attorneys for Secured Creditor<br>**Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2**<br><br>Aleisha C. Jennings, Esq. (049302015) | |
| In Re:<br><br>Heather Schwarz,<br><br>    Debtor. | Case No.: 17-26483-KCF<br><br>Chapter 13<br><br>Judge: Kathryn C. Ferguson |

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: February 1, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: **Heather Schwarz**
Case No: 17-26483-KCF
Caption of Order: **ORDER VACATING STAY**

---

Upon the motion of under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is, and for good cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute, or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- Real Property more fully described as:

    478 Woodpark Drive, Brick, New Jersey 08723

It is further ordered that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

UNITED STATES BANKRUPTCY COURT