UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone Number 561-241-6901
Attorneys for Secured Creditor
Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2

Aleisha C. Jennings, Esq. (049302015)

Order Filed on February 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Heather Schwarz,

    Debtor.

Case No.: 17-26483-KCF

Chapter 13

Judge: Kathryn C. Ferguson

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: February 1, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Certificate of Notice    Page 2 of 3

Debtor: **Heather Schwarz**
Case No: 17-26483-KCF
Caption of Order: **ORDER VACATING STAY**

---

Upon the motion of under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is, and for good cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute, or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- Real Property more fully described as:

    478 Woodpark Drive, Brick, New Jersey 08723

It is further ordered that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
District of New Jersey

In re:  
Heather Schwarz  
    Debtor

Case No. 17-26483-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 01, 2019  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2019.  
db          +Heather Schwarz,    478 Woodpark Drive,    Brick, NJ 08723-5618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2019 at the address(es) listed below:

          Albert   Russo    docs@russotrustee.com  
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY  
           ajennings@rasflaw.com  
          Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company, as  
           Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2  
           ajennings@rasflaw.com  
          Daniel E. Straffi    on behalf of Debtor Heather   Schwarz bktrustee@straffilaw.com,  
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY  
           bkyefile@rasflaw.com  
          Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for  
           Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2  
           bkyefile@rasflaw.com  
          Laura M. Egerman    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for  
           Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2  
           bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com  
          Miriam  Rosenblatt    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY  
           bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com  
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
           rsolarz@kmllawgroup.com  
          Sindi   Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com  
          Sindi   Mncina    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for  
           Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2  
           smncina@rascrane.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                           TOTAL: 14