Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 17−26483−KCF
                        Chapter: 13
                        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Heather Schwarz
   478 Woodpark Drive
   Brick, NJ 08723

Social Security No.:
   xxx−xx−2524

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/19/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 19, 2019
JAN: slf

                                                                          Jeanne Naughton
                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Heather Schwarz  
    Debtor

Case No. 17-26483-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5      Date Rcvd: Feb 19, 2019  
                               Form ID: 148      Total Noticed: 157

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2019.

```
db             +Heather Schwarz,    478 Woodpark Drive,    Brick, NJ 08723-5618
aty             Stern & Eisenberg, PC,    14 N. Kings Highway,    Suite 47,    Cherry Hill, NJ  08034
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton,, FL  33487,   UNITED STATES 33487-2853
517002019     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance,    1220 Old Alpharetta Rd,
                 Alpharetta, GA  30005-3968)
517002017       Aes/Suntrust Bank,    PO Box 61047,    Harrisburg, PA  17106-1047
517002027       CAP1/Justice,    PO Box 30253,    Salt Lake City, UT  84130-0253
517002028       CAP1/Justice,    Capital,    1 Retail Srvs Attn Bankruptcy,    Salt Lake City, UT  84130
517002037     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Cbna,    50 NW Point Blvd,    Elk Grove Village, IL  60007-1032)
517002047     ++COMCAST,    676 ISLAND POND RD,    MANCHESTER NH 03109-4840
               (address filed with court: Comcast,    PO Box 0196,    Newark, NJ  07101-0196)
517002093     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE  19713-4325)
517002036       Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
517002038       Cbna,    PO Box 6189,    Sioux Falls, SD  57117-6189
517002042       Chase Manhatton Mortgage,    3415 Vision Dr,    Columbus, OH  43219-6009
517002043       Citibank North America,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                 Saint Louis, MO  63179-0040
517002044       Citibank/Sunoco,    Citicorp Credit Card/Centralized Bankrup,    PO Box 790040,
                 Saint Louis, MO  63179-0040
517002045       Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
                 Louis, MO  63129
517002046       Citirl,    PO Box 9438,    Gaithersburg, MD  20898-9438
517188964       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517236392      +Deutsche Bank National Trust Company,    Ocwen Loan Servicing, LLC,
                 ATTN: Cashiering Department,    1661 Worthington Rd., Suite 100,
                 West Palm Beach, FL 33409-6493
517238482       Deutsche Bank National Trust Company,    Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    PO Box 24605,    West Palm Beach, FL 33416-4605
517002076      #Eastern Account System,    75 Glen Rd Ste 310,    Sandy Hook, CT  06482-1175
517002081       Fortiva/Atlanticus,    PO Box 10555,    Atlanta, GA  30310-0555
517002080       Fortiva/atlanticus,    PO Box 105555,    Atlanta, GA  30348-5555
517002083       Homeward Residential,    1525 S Belt Line Rd,    Coppell, TX  75019-4913
517212595      +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
517002087       Kia Motors Finance,    4000 Macarthur Blvd,    Newport Beach, CA  92660-2558
517002085       Kia Motors Finance,    4000 Macarthur Blvd Ste,    Newport Beach, CA  92660-2558
517002088       Kia Motors Finance,    10550 Talbert Ave,    Fountain Valley, CA  92708-6031
517048086      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
517002098       Physicians Surgicenter, LLC,    PO Box 65017,    Newark, NJ  07101-8072
517002099       Santander Bank NA,    PO Box 12646,    Reading, PA  19612-2646
517002100       Stern & Eisenberg, PC,    1040 Kings Hwy N Ste 407,    Cherry Hill, NJ  08034-1925
517002101      +Sun National Bank,    226 W Landis Ave,    Vineland, NJ  08360-8142
517002127       Talbots,    175 Beal St,    Hingham, MA  02043-1512
517185887      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517002138       Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
                 Mason, OH  45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2019 02:05:09     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2019 02:05:08      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm             +Fax: 407-737-5634 Feb 20 2019 02:29:13      Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    1661 Worthington Road,    Suite 100,
                 West Palm Beach, FL 33409-6493
517002018       EDI: HNDA.COM Feb 20 2019 06:28:00      American Honda Finance,    PO Box 168088,
                 Irving, TX  75016-8088
517002021       EDI: AMEREXPR.COM Feb 20 2019 06:28:00      Amex,    Correspondence,    PO Box 981540,
                 El Paso, TX  79998-1540
517002020       EDI: AMEREXPR.COM Feb 20 2019 06:28:00      Amex,    PO Box 297871,
                 Fort Lauderdale, FL  33329-7871
517002024       EDI: BANKAMER.COM Feb 20 2019 06:28:00      Bk of Amer,    PO Box 982238,
                 El Paso, TX  79998-2238
517002022       EDI: TSYS2.COM Feb 20 2019 06:28:00      Barclays Bank Delaware,    100 S West St,
                 Wilmington, DE  19801-5015
517002023       EDI: TSYS2.COM Feb 20 2019 06:28:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE  19899-8803
517002032       EDI: CAPITALONE.COM Feb 20 2019 06:28:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA  23238-1119
```

```
District/off: 0312-3          User: admin              Page 2 of 5            Date Rcvd: Feb 19, 2019
                              Form ID: 148             Total Noticed: 157


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517002025      EDI: CAPITALONE.COM Feb 20 2019 06:28:00      Cap One,    PO Box 5253,
               Carol Stream, IL  60197-5253
517002026      EDI: CAPITALONE.COM Feb 20 2019 06:28:00      Cap One,    PO Box 30253,
               Salt Lake City, UT  84130-0253
517002031      EDI: CAPITALONE.COM Feb 20 2019 06:28:00      Capital One,    PO Box 30253,
               Salt Lake City, UT  84130-0253
517002030      EDI: CAPITALONE.COM Feb 20 2019 06:28:00      Capital One,    PO Box 30285,
               Salt Lake City, UT  84130-0285
517002029      EDI: CAPITALONE.COM Feb 20 2019 06:28:00      Capital One,    Attn: Bankruptcy,    PO Box 30253,
               Salt Lake City, UT  84130-0253
517167701      EDI: BL-BECKET.COM Feb 20 2019 06:28:00       Capital One, N.A.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
517002033      EDI: CAPITALONE.COM Feb 20 2019 06:28:00      Capitalone,    15000 Capital One Dr,
               Richmond, VA  23238-1119
517002034      EDI: MERRICKBANK.COM Feb 20 2019 06:28:00      Cardworks/CW Nexus,    Attn: Bankruptcy,
               PO Box 9201,    Old Bethpage, NY  11804-9001
517002035      EDI: WFNNB.COM Feb 20 2019 06:28:00      Cb/talbots,    PO Box 182789,    Columbus, OH  43218-2789
517002039      EDI: CHASE.COM Feb 20 2019 06:28:00      Chase Card,    Attn: Correspondence Dept,    PO Box 15298,
               Wilmington, DE  19850-5298
517002040      EDI: CHASE.COM Feb 20 2019 06:28:00      Chase Card,    PO Box 15298,
               Wilmington, DE  19850-5298
517002041      EDI: CHASE.COM Feb 20 2019 06:28:00      Chase Card Services,    Correspondence Dept,
               PO Box 15278,    Wilmington, DE  19850-5278
517002048      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenity Bank/Avenue,    PO Box 182125,
               Columbus, OH  43218-2125
517002049      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenity Bank/Avenue,    PO Box 182789,
               Columbus, OH  43218-2789
517002050      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenity Bank/Bon Ton,    Attn: Bankruptcy,
               PO Box 18215,    Columbus, OH  43218
517002051      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenity Bank/Talbots,    PO Box 182125,
               Columbus, OH  43218-2125
517002052      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenity Bank/Value City Furniture,    PO Box 182125,
               Columbus, OH  43218-2125
517002053      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
               PO Box 182125,    Columbus, OH  43218-2125
517002054      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenity Capital/Mprc,    Attn: Bankruptcy,
               PO Box 18215,    Columbus, OH  43218
517002055      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenitybank/dswvisa,    Comenity Bank,    PO Box 182125,
               Columbus, OH  43218-2125
517002057      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenitybank/talbots,    Comenity Bank,    PO Box 182125,
               Columbus, OH  43218-2125
517002056      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenitybank/talbots,    PO Box 182789,
               Columbus, OH  43218-2789
517002058      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenitybk/bonton,    3100 Easton Square Pl,
               Columbus, OH  43219-6232
517002059      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenitybk/dswvs,    PO Box 182789,
               Columbus, OH  43218-2789
517002060      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenitybk/vcf,    PO Box 182789,
               Columbus, OH  43218-2789
517002061      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenitybk/victoriasec,    PO Box 182789,
               Columbus, OH  43218-2789
517002062      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenitycap/chldplce,    PO Box 182120,
               Columbus, OH  43218-2120
517002063      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenitycapital/biglot,    3100 Easton Square Pl,
               Columbus, OH  43219-6232
517002064      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenitycapital/zales,    Comenity Bank,    PO Box 182125,
               Columbus, OH  43218-2125
517002065      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenitycapital/zales,    PO Box 182120,
               Columbus, OH  43218-2120
517002066     +EDI: CRFRSTNA.COM Feb 20 2019 06:28:00       Credit First N A,    6275 Eastland Rd,
               Brook Park, OH  44142-1399
517093710      EDI: CRFRSTNA.COM Feb 20 2019 06:28:00      Credit First NA,    PO Box 818011,
               Cleveland, OH 44181-8011
517002067      EDI: CRFRSTNA.COM Feb 20 2019 06:28:00      Credit First National Assoc,
               Attn: BK Credit Operations,    PO Box 81315,    Cleveland, OH  44181-0315
517002068      EDI: RCSFNBMARIN.COM Feb 20 2019 06:28:00      Credit One Bank NA,    PO Box 98873,
               Las Vegas, NV  89193-8873
517002069      EDI: RCSFNBMARIN.COM Feb 20 2019 06:28:00      Credit One Bank NA,    PO Box 98875,
               Las Vegas, NV  89193-8875
517002139      EDI: RCSDELL.COM Feb 20 2019 06:28:00      Webbank/dfs,    1 Dell Way,
               Round Rock, TX  78682-7000
517002070      EDI: RCSDELL.COM Feb 20 2019 06:28:00      Dell Financial Services,    Attn: Bankruptcy,
               PO Box 81577,    Austin, TX  78708-1577
517002071      EDI: RCSDELL.COM Feb 20 2019 06:28:00      Dfs/webbank,    1 Dell Way,
               Round Rock, TX  78682-7000
517002074      EDI: DISCOVER.COM Feb 20 2019 06:28:00      Discoverbank,    PO Box 15316,
               Wilmington, DE  19850-5316
```

```
District/off: 0312-3              User: admin            Page 3 of 5               Date Rcvd: Feb 19, 2019
                                  Form ID: 148           Total Noticed: 157


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517017166         EDI: DISCOVER.COM Feb 20 2019 06:28:00      Discover Bank,    Discover Products Inc,
                   PO Box 3025,    New Albany, OH  43054-3025
517002072         EDI: DISCOVER.COM Feb 20 2019 06:28:00      Discover Fin Svcs LLC,    PO Box 15316,
                   Wilmington, DE  19850-5316
517002073         EDI: DISCOVER.COM Feb 20 2019 06:28:00      Discover Financial,    PO Box 3025,
                   New Albany, OH  43054-3025
517002075         EDI: TSYS2.COM Feb 20 2019 06:28:00      Dsnb Macys,    PO Box 8218,    Mason, OH  45040-8218
517610725         EDI: ECMC.COM Feb 20 2019 06:23:00      ECMC,    PO BOX 16408,    ST. PAUL, MN  55116-0408
517610726         EDI: ECMC.COM Feb 20 2019 06:23:00      ECMC,    PO BOX 16408,    ST. PAUL, MN  55116-0408,    ECMC,
                   PO BOX 16408,    ST. PAUL, MN  55116-0408
517002077         EDI: BLUESTEM Feb 20 2019 06:28:00      Fingerhut,    6250 Ridgewood Rd,
                   Saint Cloud, MN  56303-0820
517002078        +EDI: AMINFOFP.COM Feb 20 2019 06:28:00      First Premier Bank,    601 S Minnesota Ave,
                   Sioux Falls, SD  57104-4868
517002079         EDI: AMINFOFP.COM Feb 20 2019 06:28:00      First Premier Bank,    3820 N Louise Ave,
                   Sioux Falls, SD  57107-0145
517002082         E-mail/Text: hannlegal@hannfinancial.com Feb 20 2019 02:04:38       Hann Financial Service,
                   1 Centre Dr,    Jamesburg, NJ  08831-1564
517002084         E-mail/Text: BKRMailOPS@weltman.com Feb 20 2019 02:04:45       Jared-Galleria of Jwlr,
                   375 Ghent Rd,    Fairlawn, OH  44333-4601
517002086         EDI: FORD.COM Feb 20 2019 06:28:00      Kia Motors Finance,    PO Box 20825,
                   Fountain Valley, CA  92728-0825
517002090         EDI: CBSKOHLS.COM Feb 20 2019 06:28:00      Kohls/Capital One,    Kohls Credit,    PO Box 3043,
                   Milwaukee, WI  53201-3043
517002090         E-mail/Text: bncnotices@becket-lee.com Feb 20 2019 02:04:17       Kohls/Capital One,
                   Kohls Credit,    PO Box 3043,    Milwaukee, WI  53201-3043
517002091        +EDI: CBSKOHLS.COM Feb 20 2019 06:28:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                   Menomonee Falls, WI 53051-7096
517002091        +E-mail/Text: bncnotices@becket-lee.com Feb 20 2019 02:04:18       Kohls/capone,
                   N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517235783         EDI: RESURGENT.COM Feb 20 2019 06:28:00      LVNV Funding, LLC its successors and assigns as,
                   assignee of LC Trust I,    Resurgent Capital Services,     PO Box 10587,
                   Greenville, SC 29603-0587
517177035         EDI: RESURGENT.COM Feb 20 2019 06:28:00      LVNV Funding, LLC its successors and assigns as,
                   assignee of FNBM, LLC,    Resurgent Capital Services,     PO Box 10587,
                   Greenville, SC 29603-0587
517002092         E-mail/Text: bk@lendingclub.com Feb 20 2019 02:05:35       Lending Club Corp,
                   71 Stevenson St Ste 300,    San Francisco, CA  94105-2985
517177036         EDI: MERRICKBANK.COM Feb 20 2019 06:28:00      MERRICK BANK,    Resurgent Capital Services,
                   PO Box 10368,    Greenville, SC 29603-0368
517002094         EDI: MERRICKBANK.COM Feb 20 2019 06:28:00      Merrick Bank Corp,    PO Box 9201,
                   Old Bethpage, NY  11804-9001
517002095        +E-mail/Text: bnc@nordstrom.com Feb 20 2019 02:04:24       Nordstrom Fsb,    13531 E Caley Ave,
                   Englewood, CO 80111-6505
517002096         E-mail/Text: bnc@nordstrom.com Feb 20 2019 02:04:25       Nordstrom Fsb,    Correspondence,
                   PO Box 6555,    Englewood, CO  80155-6555
517002097         Fax: 407-737-5634 Feb 20 2019 02:29:13      Ocwen Loan Servicing, LLC,
                   1661 Worthington Road, Suite 100,    West Palm Beach, FL  33409-6493
517131448         EDI: PRA.COM Feb 20 2019 06:28:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                   POB 41067,    Norfolk VA 23541
517182685         EDI: PRA.COM Feb 20 2019 06:28:00      Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,
                   POB 41067,    Norfolk VA 23541
517158645         EDI: PRA.COM Feb 20 2019 06:28:00      Portfolio Recovery Associates, LLC,
                   c/o RCS Direct Marketing/Orchard Bank,    POB 41067,    Norfolk VA 23541
517201857         EDI: Q3G.COM Feb 20 2019 06:23:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                   PO Box 788,    Kirkland, WA  98083-0788
517200393         EDI: Q3G.COM Feb 20 2019 06:23:00      Quantum3 Group LLC as agent for,    CP Medical LLC,
                   PO Box 788,    Kirkland, WA  98083-0788
517222598         EDI: Q3G.COM Feb 20 2019 06:23:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                   PO Box 788,    Kirkland, WA  98083-0788
517214593         EDI: Q3G.COM Feb 20 2019 06:23:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                   PO Box 788,    Kirkland, WA  98083-0788
517002102         EDI: CITICORP.COM Feb 20 2019 06:28:00      Sunoco/Citi,    PO Box 6497,
                   Sioux Falls, SD  57117-6497
517002104         EDI: RMSC.COM Feb 20 2019 06:28:00      Syncb/Care Credit,    950 Forrer Blvd,
                   Kettering, OH  45420-1469
517002111         EDI: RMSC.COM Feb 20 2019 06:28:00      Syncb/Rooms to Go,    PO Box 965036,
                   Orlando, FL  32896-5036
517002112         EDI: RMSC.COM Feb 20 2019 06:28:00      Syncb/Rooms to Go,    PO Box 965064,
                   Orlando, FL  32896-5064
517002114         EDI: RMSC.COM Feb 20 2019 06:28:00      Syncb/Toys R US,    PO Box 965064,
                   Orlando, FL  32896-5064
517002116         EDI: RMSC.COM Feb 20 2019 06:28:00      Syncb/Value City Furni,    C/o,    PO Box 965036,
                   Orlando, FL  32896-5036
517002117         EDI: RMSC.COM Feb 20 2019 06:28:00      Syncb/Walmart,    PO Box 965024,
                   Orlando, FL  32896-5024
517002103         EDI: RMSC.COM Feb 20 2019 06:28:00      Syncb/amazon,    PO Box 965015,    Orlando, FL  32896-5015
517002105         EDI: RMSC.COM Feb 20 2019 06:28:00      Syncb/gap,    PO Box 965005,    Orlando, FL  32896-5005
```

```
District/off: 0312-3          User: admin              Page 4 of 5              Date Rcvd: Feb 19, 2019
                              Form ID: 148             Total Noticed: 157


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517002106     EDI: RMSC.COM Feb 20 2019 06:28:00      Syncb/hh Gregg,    C/o,    PO Box 965036,
               Orlando, FL 32896-5036
517002107     EDI: RMSC.COM Feb 20 2019 06:28:00      Syncb/jcp,    PO Box 965007,   Orlando, FL 32896-5007
517002108     EDI: RMSC.COM Feb 20 2019 06:28:00      Syncb/lowes,    PO Box 965005,   Orlando, FL 32896-5005
517002109     EDI: RMSC.COM Feb 20 2019 06:28:00      Syncb/paypal Extras Mc,    PO Box 965005,
               Orlando, FL 32896-5005
517002110     EDI: RMSC.COM Feb 20 2019 06:28:00      Syncb/paypal Smart Con,    PO Box 965005,
               Orlando, FL 32896-5005
517002113     EDI: RMSC.COM Feb 20 2019 06:28:00      Syncb/sleepys,    C/o,    PO Box 965036,
               Orlando, FL 32896-5036
517002115     EDI: RMSC.COM Feb 20 2019 06:28:00      Syncb/toysrus,    PO Box 965005,
               Orlando, FL 32896-5005
517002118     EDI: RMSC.COM Feb 20 2019 06:28:00      Synchrony Bank,    Attn: Bankruptcy,    PO Box 956060,
               Orlando, FL 32896-5060
517011644    +EDI: RMSC.COM Feb 20 2019 06:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
517002119     EDI: RMSC.COM Feb 20 2019 06:28:00      Synchrony Bank/ Jc Penneys,    Attn: Bankruptcy,
               PO Box 956060,   Orlando, FL 32896-5060
517002120     EDI: RMSC.COM Feb 20 2019 06:28:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
               PO Box 956060,   Orlando, FL 32896-5060
517002121     EDI: RMSC.COM Feb 20 2019 06:28:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy,
               PO Box 956060,   Orlando, FL 32896-5060
517002122     EDI: RMSC.COM Feb 20 2019 06:28:00      Synchrony Bank/Gap,    Attn: Bankruptcy,    PO Box 956060,
               Orlando, FL 32896-5060
517002123     EDI: RMSC.COM Feb 20 2019 06:28:00      Synchrony Bank/Hh Gregg,    Attn: Bankruptcy,
               PO Box 965060,   Orlando, FL 32896-5060
517002124     EDI: RMSC.COM Feb 20 2019 06:28:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
               PO Box 965060,   Orlando, FL 32896-5060
517002125     EDI: RMSC.COM Feb 20 2019 06:28:00      Synchrony Bank/Paypal Cr,    Attn: Bankruptcy,
               PO Box 956060,   Orlando, FL 32896-5060
517002126     EDI: RMSC.COM Feb 20 2019 06:28:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
               PO Box 956060,   Orlando, FL 32896-5060
517002130     EDI: TDBANKNORTH.COM Feb 20 2019 06:28:00      Td Bank N.A.,    32 Chestnut St,
               Lewiston, ME 04240-7744
517002133     EDI: TFSR.COM Feb 20 2019 06:23:00      Toyota Motor Credit,    4 Gatehall Dr Ste 350,
               Parsippany, NJ 07054-4522
517002134     EDI: TFSR.COM Feb 20 2019 06:23:00      Toyota Motor Credit Co,    Toyota Financial Services,
               PO Box 8026,   Cedar Rapids, IA 52408-8026
517002135     EDI: TFSR.COM Feb 20 2019 06:23:00      Toyota Mtr,    4 Gatehall Dr Ste 350,
               Parsippany, NJ 07054-4522
517002128     EDI: WTRRNBANK.COM Feb 20 2019 06:28:00      Target,    C/O Financial & Retail Srvs Mailstopn BT,
               PO Box 9475,   Minneapolis, MN 55440-9475
517002129     EDI: WTRRNBANK.COM Feb 20 2019 06:28:00      Target Nb,    PO Box 673,
               Minneapolis, MN 55440-0673
517002131     EDI: WTRRNBANK.COM Feb 20 2019 06:28:00      Td Bank USA/Targetcred,    PO Box 673,
               Minneapolis, MN 55440-0673
517002132     EDI: CITICORP.COM Feb 20 2019 06:28:00      Thd/Cbna,    PO Box 6497,
               Sioux Falls, SD 57117-6497
517199236     EDI: USBANKARS.COM Feb 20 2019 06:28:00      U.S. Bank National Association,
               Bankruptcy Department,    PO Box 108,    St. Louis MO 63166-0108
517002136     EDI: USBANKARS.COM Feb 20 2019 06:28:00      US Bank,    4325 17th Ave S,    Fargo, ND 58125-6200
517002137     EDI: USBANKARS.COM Feb 20 2019 06:28:00      US Bank/Rms Cc,    Card Member Services,
               PO Box 108,    Saint Louis, MO 63166-0108
517122285    +EDI: AIS.COM Feb 20 2019 06:28:00      Verizon,    by American InfoSource LP as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517002142     EDI: BLUESTEM Feb 20 2019 06:28:00      Webbank/Gettington,    215 S State St Ste 1000,
               Salt Lake City, UT 84111-2336
517002140     EDI: BLUESTEM Feb 20 2019 06:28:00      Webbank/fingerhut,    6250 Ridgewood Rd,
               Saint Cloud, MN 56303-0820
517002141     EDI: BLUESTEM Feb 20 2019 06:28:00      Webbank/gettington,    6250 Ridgewood Rd,
               Saint Cloud, MN 56303-0820
517002143     EDI: WFFC.COM Feb 20 2019 06:28:00      Wf Pll,    PO Box 94435,   Albuquerque, NM 87199-4435
517002144     EDI: WFFC.COM Feb 20 2019 06:28:00      Wffnatbank,    PO Box 94498,   Las Vegas, NV 89193-4498
                                                                                              TOTAL: 123

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517187825*   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
               PO Box 10390,   Greenville, SC 29603-0390)
517002089*     Kia Motors Finance Co,    PO Box 20825,    Fountain Valley, CA 92728-0825
                                                                                      TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 5 of 5             Date Rcvd: Feb 19, 2019
                              Form ID: 148             Total Noticed: 157
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2019 at the address(es) listed below:

```
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2
               ajennings@rasflaw.com
              Daniel E. Straffi    on behalf of Debtor Heather  Schwarz bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2
               bkyefile@rasflaw.com
              Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2
               bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
              Miriam  Rosenblatt    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2
               smncina@rascrane.com
              Sindi  Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14
```